[No. 66257-1-I.  Division One.  July 16, 2012.]

JEAN E. TROST, *Plaintiff*, v. AESTHETIC LITETOUCH, INC., PS, ET AL., *Respondents*, BELLA TU, INC., *Defendant*, ALAN G. WARNER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-2-11048-0, Susan J. Craighead, J., entered October 13, 2010. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Becker and Appelwick, JJ.

[No. 66326-7-I.  Division One.  July 16, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. CRAIG STEVEN COLEMAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-03346-3, Jeffrey M. Ramsdell, J., entered November 8, 2010. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Becker and Dwyer, JJ.

[No. 66377-1-I.  Division One.  July 16, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. RASHID ALI HASSAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-04361-2, Michael Heavey, J., entered December 13, 2010. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Spearman, A.C.J., and Lau, J.

[No. 66417-4-I.  Division One.  July 16, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD CARL BERGEM, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 10-1-00070-3, Dave Needy, J., entered December 10, 2010. *Reversed* and *remanded* by unpublished opinion per Appelwick, J., concurred in by Dwyer and Lau, JJ.